No. 117, Misc. WILLIAMSON *v.* OKLAHOMA. Court of Criminal Appeals of Oklahoma. Certiorari denied. Petitioner *pro se. Mac Q. Williamson,* Attorney General of

Oklahoma, and *Owen J. Watts,* Assistant Attorney General, for respondent.